## SUMMIT DATA SYSTEMS LLC, Plaintiff–Appellant

v.

## NETAPP INC., Defendant–Appellee.

### No. 2015–1103.

United States Court of Appeals, Federal Circuit.

Oct. 9, 2015.

Robert Greenspoon, Flachsbart & Greenspoon, LLC, Chicago, IL, argued for appellant. Also represented by Travis Campbell.

Edward R. Reines, Weil, Gotshal & Manges LLP, Redwood Shores, CA, argued for appellee. Also represented by Byron Beebe; Douglas B. Luftman, NetApp, Inc., Sunnyvale, CA.

Natalie Hanlon–Leh, Wilmer Cutler Pickering Hale and Dorr, LLP, Denver, CO, for amicus curiae Comcast Cable Communications, LLC. Also represented by Mary Virginia Sooter.

Steven Moore, Kilpatrick Townsend & Stockton LLP, San Francisco, CA, for amici curiae Askeladden, LLC, Dell Inc., et al.

Before DYK, TARANTO, and HUGHES, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.